**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-718 |
| | § | |
| SANDRA BAEZ, *et al.* | § | |

# O R D E R

All defendants have filed motions for a continuance. (Docket Entry Nos. 35, 36, 38 and 39). The government and the codefendants are all unopposed to the motions. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motions for continuance are GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 23, 2012 |
| Responses are to be filed by: | February 6, 2012 |
| Pretrial conference is reset to**:** | **February 27, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 5, 2012 at 9:00 a.m.** |

SIGNED on November 17, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge