IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-11-718-1 |
| | § | |
| SANDRA BAEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No.) 61. The motion for continuance is GRANTED. The sentencing hearing is reset to **August 10, 2012, at 9:00 a.m.** Objections the presentence report are due by July 27, 2012.

SIGNED on May 4, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge